# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**DeeAnna L. Hill**
   Debtor

Case No.:   18–10572–SDB

Judge:   Susan D. Barrett

Chapter:   13

## NOTICE OF CONTINUED HEARING

The Hearing on Confirmation and Objections to Confirmation by Trustee and Pentagon Federal Credit Union originally scheduled **October 22, 2018** has been continued to:

**December 6, 2018 , at 10:30 AM ,
U.S. Bankruptcy Court,
Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901 .**

All other provisions of the original notice remain in full force and effect.

**Lucinda Rauback, CLERK**
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: October 23, 2018

B–40C [Rev. 05/12]  **CMT**